IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01370-WDM-PAC

WARNER BROS. RECORDS, INC., et al.,

    Plaintiffs,

v.

LUCIA BUENO,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

In light of the Notice of Defendant's Bankruptcy filed October 18, 2005, this case shall be administratively closed pending the resolution of defendant's Chapter 7 proceedings.

If no action is taken to reopen this case on or before October 18, 2006, the case will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on October 19, 2005.

                                        BY THE COURT:

                                        /s/ Walker D. Miller
                                        United States District Judge

PDF FINAL