IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-01370-WDM-PAC

WARNER BROS, RECORDS, INC., et al.,

 Plaintiff(s),

v.

LUCIA BUENO,

 Defendant(s).
_____

## ORDER
_____

 There being no further activity in this case since the administrative closure

October 19, 2005, it is now ordered that the complaint and this action are dismissed

without prejudice.

 DATED:  October 27, 2006

    BY THE COURT:


    s/Walker D. Miller, Judge